**Electronically Filed
Supreme Court
SCWC-20-0000289
25-SEP-2020
10:21 AM**

SCWC-20-0000289

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

DAVID ABEL; KRISTIN ABEL; LIN G. ELDRIDGE, Individually and as Trustee of the LINDEN GEARY ELDRIDGE TRUST dated October 30, 1997; STACIE RAY FERREIRA; RICHARD R. GREEN; GREGG C. INOKUMA; ISAAC K. LUI; TRACY N. LUI; and JENNIFER L. POLICH, Petitioners/Plaintiffs-Appellants,

vs.

BANK OF AMERICA, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; RON L. LEON and ALBENA R. LEON, Individually and as Trustees of the LEON TRUST dated April 17, 2013; TIMOTHY A. STEWART, II; SANOE M.K. AWAI; BRIAN WIWCHAR; BARBARA WIWCHAR; RICK DUBUC; PENELOPE F. DUBUC, QUINN CICCARELLI; JOSEFA CICCARELLI; PRIMELENDING, A PLAINSCAPITAL COMPANY; JAMES WOESSNER; and HIROKO WOESSNER, Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000289; CIV. NO. 2CC191000234)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ., and Circuit Judge Johnson, assigned by reason of vacancy)

Upon consideration of petitioners' application for writ of certiorari, filed on July 30, 2020, respondent Bank of America, N.A.'s response, filed on August 28, 2020, respondents Mortgage Electronic Registration Systems, Inc., as Nominee for Primelending, and its successors and assigns, Quinn Ciccarelli

and Josefa Ciccarelli's opposition, filed on August 28, 2020, the respective supporting documents, and the record,

IT IS HEREBY ORDERED that the application for writ of certiorari is rejected.

DATED:  Honolulu, Hawai'i, September 25, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Ronald G. Johnson

